```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


JUDY SIMON RODRIGUE                               CIVIL ACTION

VERSUS                                            NO. 13-4714

SOCIAL SECURITY ADMINISTRATION                    SECTION "A" (4)
```

### ORDER

Plaintiff has filed objections to the magistrate judge's Report and Recommendation.[1] (Rec. Doc. 22).

The claimant has numerous medical issues, some of which are fairly characterized as severe for purposes of obtaining Disability Insurance Benefits. The claimant has two treating physicians who rendered conclusions favorable to her claim but whose conclusions were not given controlling weight because they were either conclusory (Dr. Montegut) or submitted after the ALJ rendered his decision (Drs. Montegut and Schultz). In order to prevent a miscarriage of justice in this case, the Court will order this matter remanded to the Commissioner with instructions to provide the claimant an opportunity to provide the substantiating documentation to support the otherwise conclusory

---

[1] Plaintiff did not file the objection directly but instead attached the objection to a motion for leave to object out of time. The Clerk issued a deficiency as to that motion because it was not filed with the Commissioner's consent or alternatively noticed for submission.

forms and to have her physicians' reports considered by the ALJ in conjunction with the benefits decision.

Accordingly;

**IT IS ORDERED** that this matter is **REMANDED** to the Commissioner for further consideration of this matter.

July 31, 2014

_____
UNITED STATES DISTRICT JUDGE